**Electronically Filed
Supreme Court
SCWC-12-0000778
12-JAN-2016
12:44 PM**

SCWC-12-0000778 & SCWC-12-0000868

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NOEL MADAMBA CONTRACTING, LLC,
Petitioner/Movant and Cross-Respondent-Appellant,

vs.

RAMON ROMERO and CASSIE ROMERO,
Respondents/Respondents and Cross-Petitioners-Appellees,

and

A&B GREEN BUILDING LLC,
Respondent/Cross-Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000778 & CAAP-12-0000868; S.P. NO. 12-1-0210)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the motion for reconsideration filed by Petitioner on November 29, 2015, the response in opposition filed by Respondents Ramon Romero and Cassie Romero (the Romeros) on December 16, the reply filed by Petitioner on December 19, 2015, and the record,

IT IS HEREBY ORDERED that Petitioner's motion for reconsideration is granted and the ICA's August 22, 2014 Orders granting the Romeros' requests for attorneys' fees are vacated.

Upon consideration of the motion for reconsideration

filed by the Romeros on December 7, 2015, the response filed by Petitioner on December 23, 2015, the reply filed by the Romeros on December 31, 2015, and the record,

IT IS HEREBY ORDERED that the Romeros' motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, January 12, 2016.

Samuel P. King, Jr.
for petitioner

Keith Y. Yamada and
Kirk M. Neste
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

